This letter is in reference to the Appointed Counsel in Civil Action 12-523-JKB

Wimbush
PLAINTIFF

v

Officer Keefer ET AL
DEFENDANTS

Please intervene on my behalf by counseling the Counsel and instruct them to properly communicate with plaintiff.

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 19 2015

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Greetings                                      3/17/15
   Judge Bredar

I'm writing to enform you of the duties of the appointed counsel in case Wimbush v. Officer Keefer et al 12-523 JKB. I have not heard from counsel since 2/18/15 only by phone. I have written multiple times since then concerning questions I would like for them to ask the Defendants Doing Depositions. I have written over 4 times. I explained to them that Officer Kifer who is a Defendant has tryed to put cuff's on me and I Refused to let him and I believe he and his supervisor were trying to harm me again. Because Officer Kifer should not be working around me at all, none the less trying to put handcuff's on me when he was the one who was trying to snatch my arm through the Slot which is assault. I also informed my Attorney's that right after that incident, two days later I was moved back on the same isolated tier where I was assaulted by the Defendants and I believe they are intending to harm me again. The Attorneys have ignored me and have shown no concern. They have not informed me that they would be real busy litigating the case at all, even

→

Though if they were, there is no excuse for a one month delay in responding to my Serious letters sent to them. They do have Secretarys. Also, I believe that this is, or maybe some tactic of their's to denounce the case. Because we Ms. Lynn tryed to remove herself from the case all of a sudden for no reason. It don't and still don't make sence to me, and she has not explain to me why she did so, when she states that she has a desire to litigate this case, and then Once she came back states the same. Now I don't hear from her or Mr. Michael in one month. There is game playing.

I'm asking that you intervene on my behalf Sir and address counsel concerning their performance.

I have also been told by them that Defendants counsel will be turning over Requested documents and they will be receiving them in a week. This was 01/29/15. I have not received anything yet, it is now 3/17/15.

Respectfully Submitted

Ronnie Wembush